UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

January 24, 2023

MEMORANDUM TO COUNSEL RE:   Brown v. Capital One, N.A. d/b/a Capital One Auto Finance
Civil Action No. GLR-22-2469

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The parties shall notify the Court regarding whether there is unanimous consent to transfer the case to a United States Magistrate Judge ("USMJ") for all further proceedings by 4:30 p.m. on Tuesday, January 31, 2023.

The Court previously referred this case for early mediation before the Honorable J. Mark Coulson and mediation is scheduled for March 2, 2023. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

The Court will approve the parties' requested changes to the Scheduling Order. (See ECF No. 17).

Having considered the parties' reasonable request, the Court allocates 20 deposition hours per side.

Expert discovery is not deferred until after summary judgment motions are resolved.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge